445 A.2d 234

Commonwealth v. Vasquez, Appellant.

Argued September 29, 1981.   Dante Bertani, for appellant;  Timothy J. Geary, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and VAN der VOORT, JJ.

Orders affirmed.

445 A.2d 234

Commonwealth v. Weathersby, Appellant.

Submitted October 21, 1981.   Peter V. Marks, Sr., for appellant;  Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BECK, WATKINS and HOFFMAN, JJ.

Order and judgment of sentence affirmed.